1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

ZACK WARD and THOMAS BUCHAR, on          CASE NO. C 12-05404-YGR
12  behalf of themselves and all others similarly   Related to Case No. C 11-06714-YGR
    situated,

13                                                **[PROPOSED] JUDGMENT**
                      Plaintiffs,

14
         v.
15
    APPLE INC.,
16
                      Defendant.
17

18  IN RE APPLE IPHONE ANTITRUST
    LITIGATION
19

20

21

22

23

24

25

26

27

28

1    Pursuant to the parties' stipulation, and for the reasons set forth in Judge Ware's July 11,

2    2012 Order, the Court granted, with prejudice, Apple's motion to dismiss Plaintiffs' Complaint

3    pursuant to Rule 12(b)(7) of the Federal Rules of Civil Procedure.  (ECF No. 23.)

4    **IT IS ORDERED, ADJUDGED AND DECREED THAT** Plaintiffs' Complaint is

5    dismissed with prejudice and the Court enters judgment as follows:  Plaintiffs shall take nothing

6    from this action and Defendant Apple Inc. shall have judgment in its favor on Plaintiffs' entire

7    action.  The parties shall bear their own costs.

8

9    Dated:  December 20, 2012

10

11   _____
     THE HONORABLE YVONNE GONZALEZ ROGERS
12                United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1