UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ZACK WARD, ET AL.**,

    Plaintiffs,

  v.

**APPLE INC.**,

    Defendant.

Case No.  12-cv-05404-YGR

**ORDER VACATING HEARING**

Re: Dkt. No. 57

The hearing set for November 10, 2015, on defendant's motion to dismiss (Dkt. No. 57) is **VACATED**, to be reset at a later date.

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**