# EXHIBIT B
# PART 2 of 3



APPLE_IPHONE_0038614

APPLE_WARD_IPHONE-RP_0038614



Customer Information for Apple and AT&T

Redacted

I would like to receive the following via email:

☐ New releases and additions to the iTunes Store.

☐ News, software updates, special offers, and information about related products and services from Apple.

FAQ      Cancel                                    Go Back      Continue

This is for debugging/QA purposes only:
Carrier: Cypress
Policy: P200
Inventory Type: Finished Goods
AppleSerialNumber: 81U4
ICCID: 890141000000000081U4
IMEI: 004401526228104
ActivationTaskId:
Workflow Task: CypressNewSingleLine
Workflow Step: editAccountInfo
Page Class: AtAccountInfoPage

CONFIDENTIAL
APPLE_IPHONE_0038615

APPLE_WARD_IPHONE-RP_0038615



CONFIDENTIAL

APPLE_IPHONE_0038616

APPLE_WARD_IPHONE-RP_0038616



CONFIDENTIAL

APPLE_IPHONE_0038617

**APPLE_WARD_IPHONE-RP_0038617**



APPLE_IPHONE_0038618

APPLE_WARD_IPHONE-RP_0038618



CONFIDENTIAL

APPLE_IPHONE_0038619

APPLE_WARD_IPHONE-RP_0038619



CONFIDENTIAL

APPLE_IPHONE_0038620

APPLE_WARD_IPHONE-RP_0038620



CONFIDENTIAL

APPLE_IPHONE_0038621

APPLE_WARD_IPHONE-RP_0038621



CONFIDENTIAL
APPLE_IPHONE_0038622
APPLE_WARD_IPHONE-RP_0038622



CONFIDENTIAL

APPLE_IPHONE_0038623

APPLE_WARD_IPHONE-RP_0038623



## Accept iPhone Terms & Conditions

Refresh Terms

**Table of Contents**

A. APPLE IPHONE SOFTWARE LICENSE AGREEMENT
B. GOOGLE MAPS TERMS AND CONDITIONS
C. YOUTUBE TERMS AND CONDITIONS
D. NOTICES FROM APPLE

APPLE INC.
IPHONE SOFTWARE LICENSE AGREEMENT
Single Use License

PLEASE READ THIS SOFTWARE LICENSE AGREEMENT ("LICENSE") CAREFULLY BEFORE
USING YOUR IPHONE. BY USING YOUR IPHONE, YOU ARE AGREEING TO BE BOUND BY
THE TERMS OF THIS LICENSE. IF YOU DO NOT AGREE TO THE TERMS OF THIS LICENSE,
DO NOT USE THE IPHONE. IF YOU DO NOT AGREE TO THE TERMS OF THE LICENSE, YOU
MAY RETURN THE IPHONE TO THE PLACE WHERE YOU OBTAINED IT FOR A REFUND.

1. General. The software (including Boot ROM code and other embedded software),
documentation and any fonts that came with your iPhone, whether in read only
memory, on any other media or in any other form (collectively the "iPhone Software")
are licensed, not sold, to you by Apple Inc. ("Apple") for use only under the terms of
this License, and Apple reserves all rights not expressly granted to you. The rights
granted herein are limited to Apple's intellectual property rights in the iPhone Software
and do not include any other patents or intellectual property rights. You own the media
on which the iPhone Software is recorded but Apple and/or Apple's licensor(s) retain

☐ I have read and agree to the iPhone Terms and Conditions.

Printable Version ⊕

Cancel                                                    Go Back        Continue



APPLE_IPHONE_0038625

APPLE_WARD_IPHONE-RP_0038625



CONFIDENTIAL

APPLE_IPHONE_0038626

APPLE_WARD_IPHONE-RP_0038626



CONFIDENTIAL

APPLE_IPHONE_0038627

APPLE_WARD_IPHONE-RP_0038627



### Customer Information for AT&T

Email Address: **ccostello@apple.com**

**Please enter your date of birth.** You must be at least 18 years old.

# Redacted

I would like to receive the following via email:

☐ New releases and additions to the iTunes Store.

☐ News, software updates, special offers, and information about related products and services from Apple.

FAQ    Cancel    Go Back    Continue

CONFIDENTIAL

APPLE_IPHONE_0038628

APPLE_WARD_IPHONE-RP_0038628



CONFIDENTIAL

APPLE_IPHONE_0038629

APPLE_WARD_IPHONE-RP_0038629



Select Your Monthly AT&T FamilyTalk Plan

1  Select the number of minutes that will be shared between all iPhones on your FamilyTalk plan.
   Each new iPhone you add to this plan will also include Unlimited Data, Visual Voicemail, and
   SMS Text Messages.

| | ⦿ $80.00 | ◯ $100.00 | ◯ $120.00 |
|---|---|---|---|
| **Shared Minutes** | 700 | 1400 | 2100 |
| **Unlimited Data (Email/Web)** | ✓ | ✓ | ✓ |
| **Visual Voicemail** | ✓ | ✓ | ✓ |
| **SMS Text Messages (per iPhone)** | 200 | 200 | 200 |
| **Unlimited Nights & Weekends** | ✓ | ✓ | ✓ |
| **Rollover® Minutes** | ✓ | ✓ | ✓ |
| **Unlimited Mobile to Mobile** | ✓ | ✓ | ✓ |
| **Additional Lines** | $29.99 | $29.99 | $29.99 |

More Minutes ⊕
Learn More ⊕

Unlimited Data, SMS Text Messages and voice Minutes only apply to usage within the US.

2  Upgrade to even more SMS Text Messages per month for this iPhone:

⦿ No Thanks
◯ 1500 SMS Text Messages          $10.00
◯ Unlimited SMS Text Messages     $20.00

All plans require an AT&T service agreement and are subject to AT&T credit approval. A wireless service plan
with AT&T is required to use the wireless phone capabilities of your iPhone.

Before your iPhone will work internationally you must call AT&T at 877-707-9208 to activate international
service. Certain restrictions apply. For details, visit att.com/wirelessinternational.

FAQ   Cancel                                          Go Back   Continue

CONFIDENTIAL                                          APPLE_IPHONE_0038630

APPLE_WARD_IPHONE-RP_0038630



CONFIDENTIAL

APPLE_IPHONE_0038631

**APPLE_WARD_IPHONE-RP_0038631**



## Completing Activation

### Congratulations, AT&T is activating your iPhone.

Your new mobile number will be:

**Redacted**

Your iPhone will notify you when activation is complete. An email has been sent to
**ccostello@apple.com** with your new mobile number.

To set up and sync this iPhone, click Continue.

After setting up and syncing this iPhone, you can activate another iPhone by connecting it and
choosing, "Add a new line to my existing account." You will need your new phone number,
shown above, in the activation process.

FAQ                                                                          Continue

Need assistance?
AT&T iPhone activation support 1-877-419-4500

CONFIDENTIAL



CONFIDENTIAL

APPLE_IPHONE_0038633

APPLE_WARD_IPHONE-RP_0038633



CONFIDENTIAL

APPLE_IPHONE_0038634

APPLE_WARD_IPHONE-RP_0038634



CONFIDENTIAL

APPLE_IPHONE_0038635

APPLE_WARD_IPHONE-RP_0038635



Accept AT&T Service Agreement

Refresh Terms

By checking "I have read and agree to the service agreement", you will be bound to the following for the two-year term of the agreement:
1) the Terms of Service, including the binding arbitration clause;
2) the "Plan Terms" and other information regarding your Rate Plan contained on the Rate Plan page; and
3) the terms and conditions and other information regarding features provided on the page where you selected your features. Printed materials containing much of this information will also be provided to you.*
If you wish to terminate this Agreement before expiration of your Service Commitment, you will pay AT&T an Early Termination Fee of $175, reducing by $5.00 for each full month completed toward the commitment term for each wireless telephone number associated with the service. To terminate this agreement, call customer service. If you prefer not to agree to these terms electronically, click cancel and visit one of our stores.

TERMS OF SERVICE

"AT&T" or "we", "us" or "our" refers to AT&T Mobility LLC, acting on behalf of its FCC-licensed affiliates doing business as AT&T. "You" or "your" refers to the person or entity that is the customer of record. PLEASE READ THIS AGREEMENT CAREFULLY TO ENSURE THAT YOU UNDERSTAND EACH PROVISION. This Agreement requires the use of arbitration to resolve disputes and also limits the remedies available to you in the event of a dispute.

SERVICE COMMITMENT; EARLY TERMINATION FEE:

☑ I have read and agree to the AT&T Service Agreement.

Printable Version ⊕

Cancel                    Go Back     Continue

This is for debugging/QA purposes only:
Carrier: Cypress
Policy: F200
Inventory Type: Finished Goods
AppleSerialNumber: 8104
ICCID: 8901141000000008104
IMEI: 004401520028104
ActivationTaskId:
Workflow Task: Cypress.NewSingleLine
Workflow Step: accept TermsCarrier
Page Class: AT & T card TermsNew

CONFIDENTIAL

APPLE_IPHONE_0038636

APPLE_WARD_IPHONE-RP_0038636



CONFIDENTIAL

APPLE_IPHONE_0038637

**APPLE_WARD_IPHONE-RP_0038637**







Customer Information for Apple and AT&T

Redacted

I would like to receive the following via email:

☐ New releases and additions to the iTunes Store.

☐ News, software updates, special offers, and information about related products and services from Apple.

FAQ    Cancel    Go Back    Continue

This is for debugging/QA purposes only:
Carrier: Cypress
Policy: F200
Inventory Type: Finished Goods
AppleSerialNumber: 8104
ICCID: 890141000000000081 04
IMEI: 004401526028104
ActivationTaskId:
Workflow Task: Cypress.NewSingleLine
Workflow Step: editAccountInfo
Page Class: AtAccountInfoPage

CONFIDENTIAL



CONFIDENTIAL

APPLE_IPHONE_0038641

APPLE_WARD_IPHONE-RP_0038641



CONFIDENTIAL

APPLE_IPHONE_0038642

**APPLE_WARD_IPHONE-RP_0038642**



Processing Mobile Number Transfer

**Congratulations, AT&T is now transferring your existing mobile number to this iPhone.**

Your iPhone mobile number will be:

Redacted

Your iPhone may now make outgoing calls but will be unable to receive calls on your existing mobile number until the transfer is complete.

You will receive an email confirmation once your mobile number transfer is complete. If you have not done so already, please connect your iPhone to your computer now to complete this activation.

**Test Assist Info:**
ALSubscriber ID: 1
ALActivationTask ID: 270834777554
Click here to try to resume flow:
[ https://iidart.apple.com/WebObjects/ALActivation.woa/wa/DirectAction/iFrameRegistration?
cmd=reg&ODID=3901410000080000814&AppleSerialNumber=814&IMEI=0044012200281448ACTN=734783115118snu81448ctn=7342603111 ]

CONFIDENTIAL                              APPLE_IPHONE_0038643

**APPLE_WARD_IPHONE-RP_0038643**



CONFIDENTIAL

APPLE_IPHONE_0038644

**APPLE_WARD_IPHONE-RP_0038644**



CONFIDENTIAL

APPLE_IPHONE_0038645

**APPLE_WARD_IPHONE-RP_0038645**



CONFIDENTIAL



CONFIDENTIAL

APPLE_IPHONE_0038647

APPLE_WARD_IPHONE-RP_0038647



CONFIDENTIAL

APPLE_IPHONE_0038648

APPLE_WARD_IPHONE-RP_0038648



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

APPLE_IPHONE_0038651

APPLE_WARD_IPHONE-RP_0038651





CONFIDENTIAL

APPLE_IPHONE_0038653

APPLE_WARD_IPHONE-RP_0038653





CONFIDENTIAL

APPLE_IPHONE_0038655

APPLE_WARD_IPHONE-RP_0038655



Select Your Monthly AT&T Plan

|  | ○ $59.99 | ○ $79.99 | ○ $99.99 | ○ $119.99* |
|---|---|---|---|---|
| Minutes | 450 | 900 | 1350 | Unlimited |
| Unlimited Data (Email/Web) | ✓ | ✓ | ✓ | ✓ |
| Visual Voicemail | ✓ | ✓ | ✓ | ✓ |
| SMS Text Messages | 200 | 200 | 200 | 200 |
| Night & Weekend Minutes | 5000 | Unlimited | Unlimited | Unlimited |
| Rollover® Minutes | ✓ | ✓ | ✓ | ✓ |
| Unlimited Mobile to Mobile | ✓ | ✓ | ✓ | ✓ |

Learn More ⊕

* Not available in Alaska. You will be contacted after activation
to select a plan available in Alaska.

Unlimited Data, SMS Text Messages and voice Minutes only apply to usage within the US.

**2**  Upgrade to even more SMS Text Messages per month:

- ● No Thanks
- ○ 1500 SMS Text Messages    $10.00
- ○ Unlimited SMS Text Messages    $20.00

All plans require an AT&T service agreement and are subject to AT&T credit approval. A wireless service plan
with AT&T is required to use the wireless phone capabilities of your iPhone.

Before your iPhone will work internationally you must call AT&T at 877-707-9208 to activate international
service. Certain restrictions apply. For details, visit **att.com/wirelessinternational**.

( FAQ )  ( Cancel )                    ( Go Back )  ( Continue )

CONFIDENTIAL                    APPLE_IPHONE_0038656

**APPLE_WARD_IPHONE-RP_0038656**



Processing Mobile Number Transfer

**Congratulations, AT&T is now transferring your existing mobile number to this iPhone.**

Your iPhone mobile number will be:

Redacted

Your iPhone may now make outgoing calls but will be unable to receive calls on your existing mobile number until the transfer is complete.

You will receive an email confirmation once your mobile number transfer is complete. If you have not done so already, please connect your iPhone to your computer now to complete this activation.

**Test Assist Info:**
ALSubscriber ID: 1
ALActivationTask ID: 270854777554
Click here to try to resume flow:
[ https://idiart.apple.com/WebObjects/ALActivation.woa/wa/DirectAction/iPhoneRegistration?
a=Adpa&iODId=8901410000080800008144&AppleSerialNumber=8144&IMSI=004401200281448ICCNo=7347831215138snu=8144&ctnu=7347801111 ]

APPLE_WARD_IPHONE-RP_0038657



CONFIDENTIAL

APPLE_IPHONE_0038658

**APPLE_WARD_IPHONE-RP_0038658**



Transfer Your Mobile Number

To transfer your existing mobile number from another provider to this iPhone, check the box and complete the form below. Transferring your mobile number, which may take up to 6 hours, will end your current service and charges may apply. While the transfer is in progress, your iPhone will be able to make calls, however incoming calls will be sent to your current phone. To transfer a home phone number, click here.

If you do not wish to transfer a mobile number, just click Continue.

Redacted

FAQ    Cancel    Go Back    Continue

This is for debugging/QA purposes only:
Carrier: Cypress
Policy: F200
Inventory Type: Finished Goods
AppleSerialNumber 8132
ICCID: A9314100000000008132

CONFIDENTIAL

APPLE_IPHONE_0038659

APPLE_WARD_IPHONE-RP_0038659



Review Your Information

**AT&T Billing Address:**

# Redacted

Monthly charges do not include applicable taxes, State and Federal Universal Service Charges, Regulatory Cost Recovery Fee and gross receipts surcharge. To view the estimates of discretionary charges for your area click here.

Clicking Submit will authorize AT&T to perform a credit check, initiate your wireless service with AT&T, register your iPhone with Apple, and create your iTunes Store account.

The New AT&T is going green. Each month you will receive a summary bill. If you'd like to review your detailed voice and data usage it's available online. Just login to att.com/mywireless.

FAQ    Cancel                                    Go Back    Submit

This is for debugging/QA purposes only.
Carrier: Cypress
Policy: +200
Inventory Type: Finished Goods
AppleSerialNumber: 810H

CONFIDENTIAL                                APPLE_IPHONE_0038660

**APPLE_WARD_IPHONE-RP_0038660**



## Accept AT&T Service Agreement

Refresh Terms

By checking "I have read and agree to the service agreement", you will be bound to the following for the two-year term of the agreement:
1) the Terms of Service, including the binding arbitration clause;
2) the "Plan Terms" and other information regarding your Rate Plan contained on the Rate Plan page; and
3) the terms and conditions and other information regarding features provided on the page where you selected your features. Printed materials containing much of this information will also be provided to you.*

If you wish to terminate this Agreement before expiration of your Service Commitment, you will pay AT&T an Early Termination Fee of $175, reducing by $5.00 for each full month completed toward the commitment term for each wireless telephone number associated with the service. To terminate this agreement, call customer service. If you prefer not to agree to these terms electronically, click cancel and visit one of our stores.

### TERMS OF SERVICE

"AT&T" or "we", "us" or "our" refers to AT&T Mobility LLC, acting on behalf of its FCC-licensed affiliates doing business as AT&T. "You" or "your" refers to the person or entity that is the customer of record. PLEASE READ THIS AGREEMENT CAREFULLY TO ENSURE THAT YOU UNDERSTAND EACH PROVISION. This Agreement requires the use of arbitration to resolve disputes and also limits the remedies available to you in the event of a dispute.

SERVICE COMMITMENT; EARLY TERMINATION FEE

☑ I have read and agree to the AT&T Service Agreement.

Printable Version ⊕

Cancel          Go Back    Continue

This is for debugging/QA purposes only:
Carrier: Cypress
Policy: P200
Inventory Type: Finished Goods
AppleSerialNumber: 8104
ICCID: 89014100000000008104
IMEI: 004401520028104
ActivationTaskId:
Workflow Task: Cypress.NewSingleLine
Workflow Step: accept.TermsCarrier
Page Class: AT&TusedTermsNew

APPLE_IPHONE_0038661

APPLE_WARD_IPHONE-RP_0038661



CONFIDENTIAL

APPLE_IPHONE_0038662

**APPLE_WARD_IPHONE-RP_0038662**



CONFIDENTIAL

APPLE_IPHONE_0038663

APPLE_WARD_IPHONE-RP_0038663



CONFIDENTIAL

APPLE_IPHONE_0038664

APPLE_WARD_IPHONE-RP_0038664



Customer Information for Apple and AT&T

Redacted

I would like to receive the following via email:

☐ New releases and additions to the iTunes Store.

☐ News, software updates, special offers, and information about related products and services from Apple.

FAQ    Cancel                                    Go Back    Continue

This is for debugging/QA purposes only:
Carrier: Cypress
Policy: F200
Inventory Type: Finished Goods
AppleSerialNumber: 8104
ICCID: 8901410000000008104
IMEI: 004401520028104
ActivationTaskId:
Workflow Task: Cypress.NewSingleLine
Workflow Step: editAccountInfo
Page Class: ALAccountInfoPage

CONFIDENTIAL

APPLE_IPHONE_0038665

APPLE_WARD_IPHONE-RP_0038665



CONFIDENTIAL

APPLE_IPHONE_0038666

APPLE_WARD_IPHONE-RP_0038666



CONFIDENTIAL

APPLE_IPHONE_0038667

**APPLE_WARD_IPHONE-RP_0038667**



APPLE_IPHONE_0038668

APPLE_WARD_IPHONE-RP_0038668



CONFIDENTIAL

APPLE_IPHONE_0038669

APPLE_WARD_IPHONE-RP_0038669



CONFIDENTIAL

APPLE_IPHONE_0038670

APPLE_WARD_IPHONE-RP_0038670



Processing Activation

**Please wait while AT&T is processing your activation.**
**This may take up to 3 minutes.**

**Performing activation with AT&T with AT&T: Creating Account (3)**

This is for debugging/QA purposes only:
AppleSerialNumber: 8134
ICCID: 89014100000000008104
IMEI: 004401520002810+
ActivationTaskId: 110244/7

CONFIDENTIAL

APPLE_IPHONE_0038671

**APPLE_WARD_IPHONE-RP_0038671**



CONFIDENTIAL

APPLE_IPHONE_0038672

APPLE_WARD_IPHONE-RP_0038672



CONFIDENTIAL

APPLE_IPHONE_0038673

APPLE_WARD_IPHONE-RP_0038673



CONFIDENTIAL

APPLE_IPHONE_0038674

**APPLE_WARD_IPHONE-RP_0038674**



APPLE_IPHONE_0038675

APPLE_WARD_IPHONE-RP_0038675



CONFIDENTIAL

APPLE_IPHONE_0038676

APPLE_WARD_IPHONE-RP_0038676



Billing Information

Please enter a billing address. Your monthly AT&T bill will be sent to the same address.

Redacted



Customer Information for AT&T

Email Address: **ccostello@apple.com**

Redacted

I would like to receive the following via email:

- New releases and additions to the iTunes Store.
- News, software updates, special offers, and information about related products and services from Apple.

FAQ    Cancel    Go Back    Continue

CONFIDENTIAL



CONFIDENTIAL

APPLE_IPHONE_0038679

APPLE_WARD_IPHONE-RP_0038679



CONFIDENTIAL

APPLE_IPHONE_0038680

**APPLE_WARD_IPHONE-RP_0038680**





Transfer Your Mobile Number

To transfer your existing mobile number from another provider to this iPhone, check the box and complete the form below. Transferring your mobile number, which may take up to 6 hours, will end your current service and charges may apply. While the transfer is in progress, your iPhone will be able to make calls, however incoming calls will be sent to your current phone. To transfer a home phone number, click here.

If you do not wish to transfer a mobile number, just click Continue.

☐ Transfer existing mobile number information.

Phone Number:

Account Number:

Zip Code* :

Account Password, if applicable:

* Enter the zip code for the service area where you are transferring your number.

FAQ      Cancel                                          Go Back      Continue

This is for debugging/QA purposes only:
Carrier: Cypress
Policy: F200
Inventory Type: Finished Goods
AppleSerialNumber: 8103

CONFIDENTIAL

APPLE_IPHONE_0038682

APPLE_WARD_IPHONE-RP_0038682



CONFIDENTIAL

APPLE_IPHONE_0038683

**APPLE_WARD_IPHONE-RP_0038683**



CONFIDENTIAL

APPLE_IPHONE_0038684

APPLE_WARD_IPHONE-RP_0038684



CONFIDENTIAL

APPLE_IPHONE_0038685

**APPLE_WARD_IPHONE-RP_0038685**



CONFIDENTIAL

APPLE_IPHONE_0038686

**APPLE_WARD_IPHONE-RP_0038686**



CONFIDENTIAL



Customer Information for Apple

Redacted

I would like to receive the following via email:

☐ New releases and additions to the iTunes Store.

☐ News, software updates, special offers, and information about related products and services from Apple.

FAQ    Cancel                    Go Back    Continue

CONFIDENTIAL



CONFIDENTIAL

APPLE_IPHONE_0038689

APPLE_WARD_IPHONE-RP_0038689



CONFIDENTIAL

APPLE_IPHONE_0038690

APPLE_WARD_IPHONE-RP_0038690



CONFIDENTIAL



CONFIDENTIAL

APPLE_IPHONE_0038692

**APPLE_WARD_IPHONE-RP_0038692**





CONFIDENTIAL









CONFIDENTIAL

APPLE_IPHONE_0038698

APPLE_WARD_IPHONE-RP_0038698





CONFIDENTIAL

APPLE_IPHONE_0038700

**APPLE_WARD_IPHONE-RP_0038700**



CONFIDENTIAL

APPLE_IPHONE_0038701

**APPLE_WARD_IPHONE-RP_0038701**

Processing Mobile Number Transfer

**Congratulations, AT&T is now transferring your existing mobile number to this iPhone.**

Your iPhone mobile number will be:

Redacted

Your iPhone may now make outgoing calls but will be unable to receive calls on your existing mobile number until the transfer is complete.

You will receive an email confirmation once your mobile number transfer is complete. If you have not done so already, please connect your iPhone to your computer now to complete this activation.

Test Assist Info:
ALSubscriber ID: 1
ALActivationTask ID: 270834777554
Click here to try to resume flow:

APPLE_WARD_IPHONE-RP_0038702



CONFIDENTIAL

APPLE_IPHONE_0038703

APPLE_WARD_IPHONE-RP_0038703



CONFIDENTIAL

APPLE_IPHONE_0038704

**APPLE_WARD_IPHONE-RP_0038704**



CONFIDENTIAL