UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZACK WARD, ET AL.,**<br>　　　　Plaintiffs,<br>　　v.<br>**APPLE INC.,**<br>　　　　Defendant. | Case No.  12-cv-05404-YGR<br><br>**ORDER DENYING STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE A FURTHER OPPOSITION TO APPLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 105 |

On August 12, 2016, the parties filed a Stipulation with Proposed Order Continuing Plaintiffs' Deadline to File a Further Opposition to Apple Inc.'s Motion for Summary Judgment. (Dkt. No. 105.)  The request is **DENIED WITHOUT PREJUDICE**.

The parties have failed to provide good cause for further delay to complete briefing in accordance with this Court's order (Dkt. No. 104), which anticipated the need for the deposition of Michael Fenger.  Without further explanation, the Court is considering whether to strike Mr. Fenger's declaration and maintain the ordered briefing schedule.  Parties shall respond jointly within two business days of this Order.

**IT IS SO ORDERED.**

Dated: August 18, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**