# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZACK WARD, ET AL.,**<br>Plaintiffs,<br>vs.<br>**APPLE INC.,**<br>Defendant. | CASE NO. 12-cv-05404-YGR<br><br>**ORDER RE: MAY 26, 2017 JOINT STATEMENT**<br><br>Re: Dkt. No. 155 |

Pursuant to this Court's order at the parties' case management conference held on May 1, 2017, the parties filed a joint statement regarding certain outstanding discovery issues. Having reviewed the parties' submission, the Court **DENIES** plaintiff's request to use the transcripts of depositions taken in *In re Apple & AT&TM Antitrust Litigation*, Case No. 07-CV-05152-JW (N.D. Cal.), without the approval of AT&T Mobility LLC ("ATTM"). However, if defendant Apple renews its motion to join ATTM in this action, the Court will entertain a renewed request from plaintiff to use such depositions here.

The Court further **VACATES** the compliance hearing currently set for Friday, June 2, 2017.

**IT IS SO ORDERED.**

Dated: May 31, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**