RACHELE R. RICKERT (190634)
rickert@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619-239-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
RANDALL S. NEWMAN (190547)
newman@whafh.com
MICHAEL LISKOW (243899)
liskow@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212-545-4600

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZACK WARD and THOMAS BUCHAR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 4:12-cv-05404 YGR<br><br>**DECLARATION OF MICHAEL LISKOW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL [PURSUANT TO CIVIL L.R. 7-11 AND 79-5(d)]**<br><br>DEPT:     Courtroom 1, 4th Floor<br>JUDGE:    Hon. Yvonne Gonzalez Rogers |

I, Michael Liskow, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP, counsel of record for Plaintiffs in the above-captioned action. I have personal knowledge of the facts stated below and, if called upon, I could and would competently testify thereto.

2. Plaintiffs are filing concurrently herewith Plaintiffs' Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities (the "Motion"). In support of their Motion, Plaintiffs are submitting documents that were produced by Apple Inc. ("Apple") in this litigation and designated as "confidential" or "highly confidential" by Apple pursuant to the Stipulated Protective Order entered in this case on October 29, 2015 (ECF No. 67). Plaintiffs also discuss those documents in their Motion.

3. The Expert Declaration of Frederick R. Warren-Boulton (Rickert Decl., Ex. H) and the Supplemental Expert Declaration of Frederick R. Warren-Boulton (Rickert Decl., Ex. J) were filed under seal in this case on March 22, 2017 (ECF No. 147), because they discuss confidential or highly confidential information produced in this litigation pursuant to the Protective Order.

4. Exhibits B and U to the Rickert Declaration are the Expert Declaration of Simon J. Wilkie, Ph.D., and the Expert Reply Declaration of Simon J. Wilkie, Ph.D., respectively, which were filed under seal in *In re Apple & AT&TM Antitrust Litigation*, No. C 07-05152 JW (N.D. Cal.) ("*Apple I*"), because they discuss confidential or highly confidential information produced in that litigation pursuant to the Stipulated Protective Order entered in that case on May 22, 2009 (ECF No. 194).

5. Some of the documents attached to the Rickert Declaration were produced by AT&T Mobility, LLC in *Apple I*, and some of the transcripts attached to the Rickert Declaration are of depositions that were taken in *Apple I*, and each are marked confidential or highly confidential pursuant to the protective order entered in that case.

6. The following documents or portions thereof contain the material designated as confidential or highly confidential in this litigation or in the related *Apple I*:

/ / /

| DOCUMENT | PAGES & LINES |
|---|---|
| Plaintiffs' Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities | Page 3, lines 3-10, 12-17, 19-20, 22, 26<br>Page 4, lines 1-9, 25-28<br>Page 5, lines 1-11, 13-21, 24-26<br>Page 17, lines 7-13<br>Page 19, lines 10-12<br>Page 23, lines 13-14<br>Page 24, lines 24-27 |
| Declaration of Rachele R. Rickert in Support of Plaintiffs' Motion for Class Certification | Exhibit A (completely)<br>Exhibit B (completely)<br>Exhibit C (completely)<br>Exhibit D (completely)<br>Exhibit E (completely)<br>Exhibit F (completely)<br>Exhibit G (completely)<br>Exhibit H (completely)<br>Exhibit I (completely)<br>Exhibit J (completely)<br>Exhibit K (completely)<br>Exhibit N (completely)<br>Exhibit O (completely)<br>Exhibit P (completely)<br>Exhibit Q (completely)<br>Exhibit T (completely)<br>Exhibit U (completely) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of August, 2016.

_____
MICHAEL LISKOW

APPLE(WARD):24094