UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACK WARD, et al.,

        Plaintiffs,

   v.

APPLE INC.,

        Defendant.

Case No. 12-cv-05404-YGR

**ORDER OF REFERENCE TO HON. JUDGE JAMES DONATO FOR SETTLEMENT CONFERENCE**

      Pursuant to Local Rule 16-8, this matter is **REFERRED** to Judge James Donato to conduct a settlement conference by no later than **November 10, 2017**.

      Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may vacate any pending dates.

      The parties will be advised of the date, time, and place of the settlement conference by notice from Judge Donato.

      **IT IS SO ORDERED**.

Dated: Ugrvgo dgt"35."4239

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Oci Tgh'Go ckn='Hon.'Lwfi g James Donato