UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: October 24, 2017                                           Judge: Hon. James Donato

Time: 2 hours and 30 minutes

Case No.        **C-12-05404-YGR**
Case Name:   **Ward et al v. Apple Inc.**

Attorney(s) for Plaintiff(s):     Mark Rifkin/Michael Liskow/Rachelle Rickert
Attorney(s) for Defendant(s):  Dan Rollins/Sadik Huseny/Heather Grenier - Client
                               Scott Murray - Client

Deputy Clerk: Lisa Clark

### PROCEEDINGS

Settlement Conference - Held

### NOTES AND ORDERS

The parties will return for further settlement discussions at 9:30AM on January 22, 2018, in Courtroom 11.

1